Exhibit A

# NHR ALaRM REVIEW

ACCT/NOTE #: 9530824036 4   CITY: Arlington   DATE PREPARED: 7/02
CLIENT NAME: Mediterraneo Inc   LOAN AMOUNT: $ 102,000
LOAN TYPE/PURPOSE: Equipment + Term out small LOC
REPAYMENT STRUCTURE/SOURCE: Cash Flow from two restaurants

**QUALIFYING CRITERIA:**
LEVEL 1: _____   LEVEL 2: _____

FINANCIAL STATEMENT: 12/31/01
CURRENT: (Y/N) Y   SPREADS: (Y/N) ____   ANALYZED: (Y/N) Y
PROFITABILITY: $ 16 M
EQUITY: $ 185 M
LEVERAGE: 3.5 : 1
CASH FLOW: 16 M + 25 M Depreciation
COMMENTS:

**GUARANTORS:**
CURRENT PFS: (Y/N) Y   TAX RETURNS: (Y/N) 2000   CURRENT CBI: (Y/N) Y
COMMENTS:
2000 AGI $ 317M    High Beacon 834
PFS listed $170 M in liquidity    Not Past Due

COLLATERAL/APPRAISAL EVALUATION:
SECURED: (Y/N) Y   COLLATERAL: Business Assets / Landlord Waiver ( could not locate in file?)   LTV: _____
DOCUMENTATION EXCEPTIONS (DE01/MG55):
BR 12   uncleared - Borrowing Resolution uncleared
CA 02   ~~uncleared~~   Cleared
COMMENTS:

**POLICY VIOLATIONS:** _____

**RCO/SCO COMMENTS:**
Quality / Accuracy of financials are suspect in hindsight because loan was referred by Jana Joseph + apparently came from a broker. Loan has been past due + carried at the end of June. If financial information was as presented, client should not have a payment / cash flow problem. This credit is on an out strategy.

REVIEWED BY: W. ___   DATE: 7/02   RECOMMENDED RISK GRADE: 8 7
APPROVED BY: _____   DATE: _____   RECOMMENDED RISK GRADE: _____