IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>Alexandria Division</u>

| | | |
|---|---|---|
| In re: | : | |
| ALESSANDRO CIACCIO | : | Case No.: 02-85541-SSM |
| | : | Chapter 7 |
| and | : | |
| TINA B. CIACCIO | : | |
| Debtors | : | |
| | : | |
| BRANCH BANKING AND TRUST COMPANY | : | |
| Plaintiff, | : | |
| v | : | Adv. Proc. No.: 03-1059 |
| ALESSANDRO CIACCIO | : | |
| and | : | |
| TINA B. CIACCIO | : | |
| Defendants. | : | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now, Plaintiff, Branch Banking and Trust Company, by counsel, and pursuant to Fed. R. Civ. P. Rules 26 and 34 ("Rules") objects to Defendants' Third Request for Production of Documents on the grounds set forth below:

1. Any and all documents comprising, regarding, referring to or relating to Sana Joseph's personnel file.

**OBJECTION:**

Plaintiff objects to Defendants' Second Request for Production of Documents Number 1 because the information sought by this interrogatory is irrelevant, is not likely to lead to the discovery of admissible evidence, and contains confidential personnel information. The issue in this case is whether the material provided to the Bank and upon which the Bank relied in support of Debtors' Application was valid. Upon information and belief, Ms. Joseph's departure from BB&T did not result from the transaction between Mediterraneo, Inc. and BB&T.

2. Any and all documents comprising, regarding, referring to, or relating to Jerlina Nguyen's personnel file.

**OBJECTION:**

Plaintiff objects to Defendants' Second Request for Production of Documents Number 2 because the information sought by this interrogatory is irrelevant, is not likely to lead to the discovery of admissible evidence, and contains confidential personnel information. The issue in this case is whether the material provided to the Bank and upon which the Bank relied in support of Debtors' Application was valid. Upon information and belief, Ms. Nguyen's departure from BB&T did not result from the transaction between Mediterraneo, Inc. and BB&T.

3. Any and all documents regarding, referring to or relating to loans made by Plaintiff in which Sana Joseph and/or Jerlina Nguyen were involved as account officer or loan officer.

## OBJECTION:

Plaintiff objects to Defendants' Second Request for Production of Documents Request Number 3 on the basis that any other loans handled by Ms. Joseph and/or Ms. Nguyen are overbroad, unduly burdensome and not likely to lead to the discovery of admissible evidence. The issue in this case is whether the material provided to the Bank and upon which the Bank relied in support of Debtors' Application was valid. Defendants' Request Number 3 is overly broad and unduly burdensome in that it requires BB&T to search for all of the loans made by Ms. Joseph and Ms. Nguyen and to then produce all documents referring to the loan, which will likely result in an extremely large document production. Given the amount in controversy, the issues at stake in the litigation and the resources of the parties, this request is overbroad and unduly burdensome. of a thousand or more documents. Finally, Plaintiff objects to Request Number 3 in that the documents it seeks contain confidential information of Plaintiff's current and past customers.

BRANCH BANKING AND TRUST COMPANY
BY COUNSEL

_____
Joseph F. Jackson (VSB No. 31722)
Jennifer L. Sarvadi (VSB No. 47543)
WILLIAMS MULLEN
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
Phone: 703.760.5200
Fax:    703.748.0244
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Objections to Defendants' Third Request for Production of Documents was sent by mail, postage prepaid to:

          Russell Adams
          Chung & Press, P.C.
          6723 Whittier Avenue
          Suite 302
          McLean, Virginia 22101
          703-734-0590

this 20th day of May, 2003.

                                  _____
                                  Jennifer L. Sarvadi

I:\WMCDLIB\JSARVADI\0932698.01